**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

EVELIO CARMONA REYES,
        Petitioner,

v.

PATRICIA HYDE, Field Office Director; MICHAEL KROL, HIS New England Special Agent in Charge; TODD LYONS, Acting Director U.S. Immigrations and Customs Enforcement, and KRISTI NOEM, U.S. Secretary of Homeland Security,

        Respondents.

CA No.: 1:25-CV-12781-RGS

**STATUS REPORT**

Respondents submit this Status Report on the outcome of Petitioner's bond hearing, as ordered by the Court on October 7, 2025 (ECF No. 8).

In its Order, the Court directed Respondents facilitate a bond hearing before an Immigration Judge as soon as practicable but in no later than 21 days from the date of the Order.

ICE agency counsel contacted the Executive Office of Immigration Review ("EOIR") which scheduled a bond hearing for October 14, 2025, before the Immigration Court.

On October 14, 2025, ICE agency counsel has advised the undersigned that the bond hearing took place as scheduled, and bond was granted, with the bond amount set at $1500.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: October 16, 2025      By:  */s/ Shawna Yen*
                            Shawna Yen
                            Assistant U.S. Attorney

U.S. Attorney's Office
John J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210
Tel.: 617-748-3100
Email: Shawna.Yen@usdoj.gov


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.


Dated:  October 16, 2025            By:    */s/ Shawna Yen*
                                           SHAWNA YEN
                                           Assistant United States Attorney